\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA E. VALENCIA, | ) Case No. 2:19-cv-02586-GJS |
| Plaintiff, | ) [~~PROPOSED~~] **JUDGMENT** |
| v. | ) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The decision of the Commissioner of the Social Security is reversed and remanded to the Commissioner for further administrative proceedings pursuant to the terms in the parties' joint motion for remand.

IT IS SO ADJUDGED AND DECREED.

DATED: April 16, 2021

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-