UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA VALENCIA, | ) Civil No. 2:19-cv-02586-GJS |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING |
| v. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| ANDREW SAUL, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,650 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: July 9, 2021

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

1